U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 04 2025
AT____ O'CLOCK____
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:25-CR-81 (AMN) |
| | ) | | |
| v. | ) | **Indictment** | |
| | ) | | |
| **CHRISTOPHER THIEME,** | ) | Violations: | 18 U.S.C. § 2261A [Cyberstalking] |
| | ) | | |
| | ) | | 18 U.S.C. § 875(c) [Interstate Threats to Injure Another Person] |
| | ) | | |
| | ) | 4 Counts | |
| **Defendant.** | ) | County of Offenses: | Albany |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Cyberstalking]

Between on or about September 12, 2024 and December 17, 2024, in Albany County in the Northern District of New York, and elsewhere, the defendant, **CHRISTOPHER THIEME**, with the intent to harass and intimidate another person, used an interactive computer service, electronic communication service and electronic communication system of interstate commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to another person, in that the defendant repeatedly sent harassing, intimidating, and threatening emails to Victim 1, a resident of Albany, New York, in which he claimed that he was watching, following, and video-recording Victim 1, and was going to physically restrain and impregnate Victim 1, in violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNTS 2-4
### [Interstate Threats to Injure Another Person]

On or about the following dates, in Albany County in the Northern District of New York, and elsewhere, the defendant, **CHRISTOPHER THIEME**, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, knowing that the communication would be perceived as a threat, and for the purpose of issuing a threat, in that **CHRISTOPHER THIEME**, while an inmate at Federal Correctional Institution Fort Dix in New Jersey, sent the following threatening emails to Victim 1, who received them in the Northern District of New York:

| Count | Date of Email | Content of Email |
|---|---|---|
| 2 | November 7, 2024 | [Victim 1]…I can't wait to hold you down and put a baby in you. It's coming soon. I've been right next to you the whole time waiting. No one will get in my way. You cannot belong to anyone else. |
| 3 | November 16, 2024 | [Victim 1]. Your body. My choice. Forever. I snuck into your place to install hidden cameras. Shower. Bed. Etc. You dirty little whore. I might sell them or put you on pornhub. It was your choice. I am the only man who will pin you down and impregnate you. Repeatedly. No one else can have you but me. |
| 4 | December 4, 2024 | [Victim 1]: I will spank you and bruise you when i breed you. I will impregnate you soon. And keep doing so. You can't run. I will destroy anyone who obstructs me. You belong to me and only me. Tick tock tick tock. Times up. Your body my choice forever. |

all in violation of Title 18, United States Code, Section 875(c).

2

Dated: March 4, 2025

A TRUE BILL

_____
Grand Jury Fo███

DANIEL HANLON
Acting United States Attorney

By: _____
Michael Barnett
Assistant United States Attorney
Bar Roll No. 519140